UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-1925

SOIL FRIENDS, LLC, a Michigan limited liability company; BENJAMIN MARTIN and SARAH MARTIN, individuals,

    Plaintiffs - Appellants,

    v.

CHARTER TOWNSHIP OF COMSTOCK, MICHIGAN, a Michigan municipal corporation; KALAMAZOO, MICHIGAN AREA BUILDING AUTHORITY, a Michigan municipal corporation or agent of Comstock Charter Township; JODI STEFFORIA, RANDY THOMPSON, SCOTT HESS, MATTHEW MILLER, RON SPORTEL, ALLAN FAUST, JEFF AMPEY, PATRICK HANNA, CLYDE SHERWOOD, III, and MIKE ALWINE, individuals,

    Defendants - Appellees.

**FILED**
Jan 07, 2026
KELLY L. STEPHENS, Clerk

Before: CLAY, KETHLEDGE, and LARSEN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                                        **ENTERED BY ORDER OF THE COURT**

                                        Kelly L. Stephens, Clerk